So Ordered.

Dated: May 7, 2026

G. Michael Halfenger
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF WISCONSIN

---

IN RE
Anita Marie Jones

Debtor.

Chapter: 7

Case No. 26-20664-gmh

---

**ORDER GRANTING MOTION OF LOANDEPOT.COM, LLC FOR RELIEF FROM THE AUTOMATIC STAY AND ABANDONMENT**

Pursuant to the motion of loanDepot.com, LLC for an order for relief from the automatic stay and abandonment with respect to the property located at 7725-7727 N 80th St, Milwaukee, WI 53223-3809, this matter was heard on May 5, 2026, the movant appearing through its counsel, Gray & Associates, L.L.P., by Shannon K. Cummings, and the debtor appearing pro se, and upon the arguments and statements of counsel and all the files, records and proceedings herein,

IT IS THEREFORE ORDERED: the stay of 11 U.S.C. § 362(d)(1) is modified to permit the Movant to exercise its rights and remedies with respect to the Property under its loan documents and applicable nonbankruptcy law.

Drafted by:

Shannon K. Cummings
Gray & Associates, L.L.P.
16345 West Glendale Drive
New Berlin, WI 53151-2841
Phone: (414) 224-8404
Fax: (414) 224-1279
Email: scummings@gray-law.com

IT IS FURTHER ORDERED: that entry of this order shall constitute the abandonment of the estate's interest in the property pursuant to 11 U.S.C. § 554, subject to the trustee's right to claim any surplus funds which may exist after the sale of the property.

IT IS FURTHER ORDERED: all other relief requested in the motion is denied.

IT IS FURTHER ORDERED: this Order is stayed for 14 days pursuant to Bankruptcy Rule 4001(a)(4).

###